Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation    :      1:06-md-1789 (JFK)
                                                        :
-----------------------------------------------------x
*This Document Relates to:*                :      **NOTICE OF APPEARANCE**
Virginia Anderer                                 :
v. Merck & Co., Inc.                           :
                                                        :
Case No: 1:08-cv-04083-JFK            :
-----------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: May 29, 2008
     New York, New York         Respectfully submitted,


                                    By: _____/s/_____
                                         David J. Heubeck


                                         Venable LLP
                                         Two Hopkins Plaza, Suite 1800
                                         Baltimore, Maryland 21201
                                         Tel:  (410) 244-7400
                                         Fax: (410) 244-7742
                                         Email: djheubeck@venable.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 29, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                        /s/
                             David J. Heubeck

                             Venable LLP
                             Two Hopkins Plaza, Suite 1800
                             Baltimore, Maryland 21201
                             Tel: (410) 244-7400
                             Fax: (410) 244-7742
                             Email: djheubeck@venable.com